UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHARY LLOYD KALSO,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>BUTTE COUNTY JAIL,<br><br>　　　　　　　Defendant. | No.  2:24-cv-0466 AC P<br><br><br>ORDER |

Plaintiff, a county prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983, has filed an application to proceed in forma pauperis. The application to proceed in forma pauperis represents that plaintiff has no cash or assets, but states that plaintiff received a lump sum annuity payment of $12,046.00 within the last twelve months.  ECF No. 2 at 1-2.  It also states that plaintiff has a dependent son for whom he is the sole provider, but does not state how much he contributes.  Id. at 2.  Based on this information, the court is unable to assess whether the application to proceed in forma pauperis should be granted and plaintiff will be required to supplement the application.  Plaintiff's supplement should identify (1) when he received the $12,046.00 payment and how much of it remains; (2) any housing, transportation, utilities, or loan payments, or other regular monthly expenses and the amount of the monthly expense for each item; (3) the average amount plaintiff contributes to his son's support on a

////

1

monthly basis; and (4) any debts or financial obligations including the amounts owed and to whom they are payable.

Accordingly, IT IS HEREBY ORDERED that within thirty days of the service of this order, plaintiff shall file further briefing on his request to proceed in forma pauperis as set forth above. Failure to comply with this order will result in a recommendation that the application to proceed in forma pauperis be denied.

DATED: February 16, 2024

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE